# EXHIBIT D

U.S. 6,271,840

Graphical search engine visual index

| Claim Language | Accused Instrumentality |
|---|---|
| 1. A browser interface for rendering summary graphic information regarding at least one Uniform/Universal Resource Locator (URL), comprising: | Facebook.com provides a browser interface for rendering summary graphic information regarding at least one URL. For example, when posting a news story in a timeline, a user may enter the URL into the post. Facebook then renders summary graphic information regarding that URL into the timeline post, as illustrated below: |

| | |
|---|---|
| |  |
| a web crawler, said web crawler receiving a first URL from a source of URLs, said web crawler retrieving data associated with said first URL and transmitting said data as output; and | Facebook.com provides a web crawler. For example, Facebook provides the "Facebook Crawler." <br><br> **The Facebook Crawler** <br><br> Content is most often shared to Facebook in the form of a web page. The first time someone shares a link, the **Facebook crawler** will scrape the HTML at that URL to gather, cache and display info about the content on Facebook like a title, description, and thumbnail image. <br><br> https://developers.facebook.com/docs/sharing/webmasters/crawler |

The Facebook Crawler is operable to receive a first URL from a source of URLs (e.g. a user): "Content is *most often shared to Facebook in the form of a web page. The first time someone shares a link, the Facebook crawler will scrape the HTML at that URL . . . .*"

The Facebook crawler retrieves data associated with the first URL: "The first time someone shares a link, the Facebook crawler will *scrape the HTML at that URL to gather, cache and display info about the content . . . .*"

The Facebook crawler transmits the data as an output: ""The first time someone shares a link, the Facebook crawler will scrape the HTML at that URL to gather, cache and display info about the content and *display info about the content on Facebook like a title, description, and thumbnail image.*"

The end result is an output of the retrieved data:



3

| | |
|---|---|
| a web page renderer, said web page renderer receiving input said retrieved data associated with said first URL transmitted as output by said web crawler, said web page renderer also receiving as input image scale and format information, said web page renderer transmitting as output a reduced image of said data associated with said first URL, said web page renderer transmitting said reduced image with an embedded hyperlink embedded in said data and referring to a second URL separate from said first URL with which said data is associated; whereby | Facebook.com provides a web page renderer. For example, the Facebook.com website renders a "title, description, and thumbnail image" of content associated with a URL, as illustrated below. On information and belief, the Facebook.com website includes one or more web and/or application servers that function to render the various data sources into a viewable web page. For the purposes of this claim chart, these servers may be referred to as "Facebook.com."<br><br>The web page renderer (e.g., Facebook.com)receives as input the retrieved data associated with the first URL transmitted as output by the web crawler. As detailed in the limitation above, the Facebook crawler transmits the retrieved data associated with the URL as output:<br><br>**The Facebook Crawler**<br><br>Content is most often shared to Facebook in the form of a web page. The first time someone shares a link, the **Facebook crawler** will scrape the HTML at that URL to gather, cache and display info about the content on Facebook like a title, description, and thumbnail image.<br><br>https://developers.facebook.com/docs/sharing/webmasters/crawler.<br><br>On information and belief, this output is received as input by the web page renderer (e.g., Facebook.com) due to the fact that Facebook.com is able to render "title, description, and thumbnail image" collected by the Facebook crawler into a post on a web page.<br><br>On information and belief, Facebook.com also receives as input image scale and format information due to the fact that Facebook.com is able to render "title, description, and thumbnail image" collected by the Facebook crawler into a post on a web page.<br><br>Facebook.com transmits as output a reduced image of the data associated with the first URL: |

> **My link image is cropped incorrectly.**
>
> Many factors go into how an image may be cropped. For example, we try to center the image around faces that we can detect.
>
> For large images, try to keep your images as close to 1.91:1 aspect ratio as possible to display the full image in News Feed without any cropping.

https://developers.facebook.com/docs/sharing/webmasters/faq

Facebook.com transmits the reduced image with an embedded hyperlink embedded in said data. For example, Facebook.com transmits the following data:



This data includes a reduced image:

```
<div class="uiScaledImageContainer _6m5 fbStoryAttachmentImage" style=
"width:476px;height:249px;">
    <img class="scaledImageFitWidth img" src="https://external-dft4-
    1.xx.fbcdn.net/safe_image.php?d=AQD3RhJLov_p3ovo&...F08SCI-HORMONE-
    facebookJumbo.jpg&cfs=1&upscale=1&_nc_hash=AQB76Tg5Ae_DJuWj" alt width=
    "476" height="249">
```

This data also includes an embedded hyperlink:

```
▼<a href="https://www.nytimes.com/2017/08/07/health/fsh-hormone-weight-
gain.html?smid=fb-nytimes&smtyp=cur" tabindex="-1" target="_blank" rel=
"nofollow noopener" onmouseover="LinkshimAsyncLink.swap(this, "https:\/\/
www.nytimes.com\/2017\/08\/07\/health\/fsh-hormone-weight-gain.html?smid=fb-
nytimes&smtyp=cur");" onclick="LinkshimAsyncLink.referrer_log(this, "https:\/
\/www.nytimes.com\/2017\/08\/07\/health\/fsh-hormone-weight-gain.html?smid=fb-
nytimes&smtyp=cur", "\/si\/ajax\/l\/render_linkshim_log\/?
u=https\u00253A\u00252F\u00252Fwww.nytimes.com\u00252F2017\u00252F08\u00252F07
\u00252Fhealth\u00252Ffsh-hormone-weight-gain.html\u00253Fsmid\u00253Dfb-
nytimes\u002526smtyp\u00253Dcur&h=ATOWhSMp7dtmxFZMospg_nBDyyhdWkC_QwdEx3oKpqRZ
LobJJjzJjaeP2stE9nxafhB7gfokuWd_EYZoK0rb4CniEVSUZ9-
VFtaFqX2K8OpAHKn2uTVa9L9_2ofRio8E6q_t4leciQ&enc=AZMj-HbXXav8-
21d52i13OC034My2MMQany2xCDJGCC1F533Vr7gF5UztnLfYK_sB3vfvRKNGHfCTPAoxiEtXD-
9A6H0SKM4o1CeuT3uBiCngPDITmhwZPhtwD1hKTAp0w5CgLYU3DiXVkatVKSEnnEqesMVtNRHdgCmZ
Dkr_5OdKPs5sE40e0V4dBgp9Qg-I7Q&d");">
```

The embedded hyperlink refers to a second URL separate from the first URL with which the data is associated. For example, the first URL was "https://www.nytimes.com/2017/08/07/health/fsh-hormone-weight-gain.html:"



The second URL, embedded in the transmitted data, is "https://www.nytimes.com/2017/08/07/health/fsh-hormone-weight-gain.html?smid=fb-nytimes&smtyp=cur:"

| | |
|---|---|
| | ```<a href="https://www.nytimes.com/2017/08/07/health/fsh-hormone-weight-gain.html?smid=fb-nytimes&smtyp=cur" tabindex="-1" target="_blank" rel="nofollow noopener" onmouseover="LinkshimAsyncLink.swap(this, "https:\/\/www.nytimes.com\/2017\/08\/07\/health\/fsh-hormone-weight-gain.html?smid=fb-nytimes&smtyp=cur");" onclick="LinkshimAsyncLink.referrer_log(this, "https:\/\/www.nytimes.com\/2017\/08\/07\/health\/fsh-hormone-weight-gain.html?smid=fb-nytimes&smtyp=cur", "\/si\/ajax\/l\/render_linkshim_log\/?u=https\u00253A\u00252F\u00252Fwww.nytimes.com\u00252F2017\u00252F08\u00252F07\u00252Fhealth\u00252Ffsh-hormone-weight-gain.html\u00253Fsmid\u00253Dfb-nytimes\u002526smtyp\u00253Dcur&h=ATOWhSMp7dtmxFZMospg_nBDyyhdWkC_QwdEx3oKpqRZLobJJjzJjaeP2stE9nxafhB7gfokuWd_EYZoK0rb4CniEVSUZ9-VFtaFqX2K8OpAHKn2uTVa9L9_2ofRio8E6q_t4leciQ&enc=AZMj-HbXXav8-21d52i13OC034My2MMQany2xCDJGCC1F533Vr7gF5UztnLfYK_sB3vfvRKNGHfCTPAoxiEtXD-9A6H0SKM4o1CeuT3uBiCngPDITmhwZPhtwD1hKTAp0w5CgLYU3DiXVkatVKSEnnEqesMVtNRHdgCmZDkr_5OdKPs5sE40e0V4dBgp9Qg-I7Q&d");">``` |
| the browser interface delivers to a viewer said reduced image as a graphical summary of said data, allowing said viewer to more easily determine content presented at said URL without having said data occupy an entire computer screen. | Facebook.com delivers a reduced image as a graphical summary of the data, as illustrated below:<br><br><br><br>Facebook reduced the image when it posts the graphical summary of the data:<br><br>▼ My link image is cropped incorrectly.<br><br>Many factors go into how an image may be cropped. For example, we try to center the image around faces that we can detect.<br><br>For large images, try to keep your images as close to 1.91:1 aspect ratio as possible to display the full image in News Feed without any cropping.<br><br>https://developers.facebook.com/docs/sharing/webmasters/faq |

| | |
|---|---|
| | https://www.facebook.com/business/help/community/question/?id=10101504321689235<br><br>This graphical summary of the data allows a user to more easily determine content presented at the URL without having the data occupy the entire computer screen. For example, the above post would appear as one of a plurality of stories posted to a particular timeline on a computer screen. |
| 13. A method for summarizing web data content, the steps comprising: | Facebook.com practices a method for summarizing web data content. For example, Facebook.com receives a URL associated with a news story that a user wishes to post. Facebook.com then uses its "Facebook crawler" to scrape content from the URL, summarize that content into a "title, description, and thumbnail image," and present the summarized content on the Facebook.com web page.<br><br>For example, a user may enter a URL associated with a news story: |



And, through its Facebook crawler, Facebook.com summarizes the content associated with that URL in a post on the web page:

| | |
|---|---|
| |  |
| receiving a first Uniform/Universal Resource Locator (URL); | Facebook.com is operable to receive URLs from users. For example, Facebook.com receives a URL associated with a news story: |

| | |
|---|---|
| | **The Facebook Crawler**<br><br>Content is most often shared to Facebook in the form of a web page. The first time someone shares a link, the **Facebook crawler** will scrape the HTML at that URL to gather, cache and display info about the content on Facebook like a title, description, and thumbnail image.<br><br>https://developers.facebook.com/docs/sharing/webmasters/crawler |
| retrieving data associated with said first URL; | The Facebook crawler then retrieves data associated with URLs posted by users:<br><br>**The Facebook Crawler**<br><br>Content is most often shared to Facebook in the form of a web page. The first time someone shares a link, the **Facebook crawler** will scrape the HTML at that URL to gather, cache and display info about the content on Facebook like a title, description, and thumbnail image.<br><br>https://developers.facebook.com/docs/sharing/webmasters/crawler |
| obtaining image scale and format information for said first URL data; | The Facebook crawler then obtains image scale and format information for the URL data. The Facebook crawler transmits that information to Facebook.com, which may then render portions of that content into a summary. The information may include image scale and format information for the first URL data (circled in red below). The image scale and format information includes Facebook's definitions of the "uiScaledImageContainer" data structure, as well as the desired height and width values associated with the displayed style.<br><br>`▼<div class="uiScaledImageContainer _6m5 fbStoryAttachmentImage" style= "width:476px;height:249px;">`<br>`    <img class="scaledImageFitWidth img" src="https://external-dft4-`<br>`    1.xx.fbcdn.net/safe_image.php?d=AQD3RhJLov_p3ovo&…F08SCI-HORMONE-`<br>`    facebookJumbo.jpg&cfs=1&upscale=1&_nc_hash=AQB76Tg5Ae_DJuWj" alt width=`<br>`    "476" height="249">` |

| | |
|---|---|
| scaling said data according to said image scale and format information to render a reduced image generally resembling said data associated with said first URL; | Facebook.com scales the image data to render a reduced image generally resembling the data associated with the first URL. As described above, the data associated with said first URL may include image scale and format information, as well as a "thumbnail image" from the Facebook crawler. Facebook.com may then scale the thumbnail image to render a reduced image generally resembling the retrieved thumbnail image: <br><br> The information may include image scale and format information for the first URL data (circled in red below). The image scale and format information includes Facebook's definitions of the "uiScaledImageContainer" data structure, as well as the desired height and width values associated with the displayed style. <br><br> On information and belief, Facebook.com uses the scale and format information obtained for the first URL data to create the image associated with the news story post. The image associated with the news story post is reduced in size from the image associated with the news story from the original source. <br><br> ```<div class="uiScaledImageContainer _6m5 fbStoryAttachmentImage" style="width:476px;height:249px;"> <img class="scaledImageFitWidth img" src="https://external-d6t1-1.xx.fbcdn.net/safe_image.php?d=AQD3RnJLov_p3ovo&...F08SCI-HORMONE-facebookJumbo.jpg&cfs=1&upscale=1&_nc_hash=AQB76Tg5Ae_DJuWj" alt width="476" height="249">``` <br><br> For example, Facebook.com receives the following URL associated with a news story for posting in a user's news feed: https://www.nytimes.com/2017/09/27/technology/twitter-russia-election.html?hp&action=click&pgtype=Homepage&clickSource=story-heading&module=first-column-region&region=top-news&WT.nav=top-news. <br><br> The news story from the original source (the New York Times online) appears as follows: |



14

| | |
|---|---|
| embedding or associating a hyperlink with said reduced image, including embedding a hyperlink to a second URL separate from said first URL; and | Facebook.com embeds and/or associates a hyperlink with the reduced image.<br><br>For example, Facebook.com transmits the following data:<br><br><br><br>This data includes a reduced image:<br><br>`<div class="uiScaledImageContainer _6m5 fbStoryAttachmentImage" style="width:476px;height:249px;">`<br>`    <img class="scaledImageFitWidth img" src="https://external-dft4-1.xx.fbcdn.net/safe_image.php?d=AQD3RhJLov_p3ovo&…F08SCI-HORMONE-facebookJumbo.jpg&cfs=1&upscale=1&_nc_hash=AQB76Tg5Ae_DJuWj" alt width="476" height="249">`<br><br>This data also includes an embedded hyperlink: |

15

```
▼<a href="https://www.nytimes.com/2017/08/07/health/fsh-hormone-weight-
gain.html?smid=fb-nytimes&smtyp=cur" tabindex="-1" target="_blank" rel=
"nofollow noopener" onmouseover="LinkshimAsyncLink.swap(this, "https:\/\/
www.nytimes.com\/2017\/08\/07\/health\/fsh-hormone-weight-gain.html?smid=fb-
nytimes&smtyp=cur");" onclick="LinkshimAsyncLink.referrer_log(this, "https:\/
\/www.nytimes.com\/2017\/08\/07\/health\/fsh-hormone-weight-gain.html?smid=fb-
nytimes&smtyp=cur", "\/si\/ajax\/l\/render_linkshim_log\/?
u=https\u00253A\u00252F\u00252Fwww.nytimes.com\u00252F2017\u00252F08\u00252F07
\u00252Fhealth\u00252Ffsh-hormone-weight-gain.html\u00253Fsmid\u00253Dfb-
nytimes\u002526smtyp\u00253Dcur&h=ATOWhSMp7dtmxFZMospg_nBDyyhdWkC_QwdEx3oKpqRZ
LobJJjzJjaeP2stE9nxafhB7gfokuWd_EYZoK0rb4CniEVSUZ9-
VFtaFqX2K8OpAHKn2uTVa9L9_2ofRio8E6q_t4leciQ&enc=AZMj-HbXXav8-
21d52i13OC034My2MMQany2xCDJGCC1F533Vr7gF5UztnLfYK_sB3vfvRKNGHfCTPAoxiEtXD-
9A6H0SKM4o1CeuT3uBiCngPDITmhwZPhtwD1hKTAp0w5CgLYU3DiXVkatVKSEnnEqesMVtNRHdgCmZ
Dkr_5OdKPs5sE40e0V4dBgp9Qg-I7Q&d");">
```

The embedded hyperlink refers to a second URL separate from the first URL with which the data is associated. For example, the first URL was "https://www.nytimes.com/2017/08/07/health/fsh-hormone-weight-gain.html:"



| | |
|---|---|
| | The second URL, embedded in the transmitted data, is "https://www.nytimes.com/2017/08/07/health/fsh-hormone-weight-gain.html?smid=fb-nytimes&smtyp=cur:"

```
<a href="https://www.nytimes.com/2017/08/07/health/fsh-hormone-weight-gain.html?smid=fb-nytimes&smtyp=cur" tabindex="-1" target="_blank" rel="nofollow noopener" onmouseover="LinkshimAsyncLink.swap(this, "https:\/\/www.nytimes.com\/2017\/08\/07\/health\/fsh-hormone-weight-gain.html?smid=fb-nytimes&smtyp=cur");" onclick="LinkshimAsyncLink.referrer_log(this, "https:\/\/www.nytimes.com\/2017\/08\/07\/health\/fsh-hormone-weight-gain.html?smid=fb-nytimes&smtyp=cur", "\/si\/ajax\/l\/render_linkshim_log\/?u=https\u00253A\u00252F\u00252Fwww.nytimes.com\u00252F2017\u00252F08\u00252F07\u00252Fhealth\u00252Ffsh-hormone-weight-gain.html\u00253Fsmid\u00253Dfb-nytimes\u002526smtyp\u00253Dcur&h=ATOWhSMp7dtmxFZMospg_nBDyyhdWkC_QwdEx3oKpqRZLobJJjzJjaeP2stE9nxafhB7gfokuWd_EYZoK0rb4CniEVSUZ9-VFtaFqX2K8OpAHKn2uTVa9L9_2ofRio8E6q_t4leciQ&enc=AZMj-HbXXav8-21d52i13OC034My2MMQany2xCDJGCC1F533Vr7gF5UztnLfYK_sB3vfvRKNGHfCTPAoxiEtXD-9A6H0SKM4o1CeuT3uBiCngPDITmhwZPhtwD1hKTAp0w5CgLYU3DiXVkatVKSEnnEqesMVtNRHdgCmZDkr_50dKPs5sE40e0V4dBgp9Qg-I7Q&d");">
``` |
| transmitting said reduced image as output; whereby said reduced image provides a graphical and visual summary of said data associated with said first URL, allowing rapid and preliminary review of said data by a viewer. | Facebook.com transmits the reduced image as output. For example, the reduced image may be part of a post on the Facebook.com web page. As detailed above, Facebook.com uses the scale and format information obtained for the first URL data to create the image associated with the news story post. The image associated with the news story post is reduced in size from the image associated with the news story from the original source.

The reduced image provides a graphical and visual summary of the data, as illustrated below: |



The graphical and visual summary of the data is associated with the first URL, allowing rapid and preliminary review of said data by a viewer. For example, the above post would appear as one of a plurality of stories posted to a particular timeline on a computer screen.