**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **HYPER SEARCH, LLC,** § | | |
| Plaintiff, § | | Civil Case No. 17-1387-JFB-SRF |
| § | | |
| v. § | | |
| § | | |
| **FACEBOOK, INC.,** § | | **JURY TRIAL DEMANDED** |
| Defendant. § | | |

## NOTICE OF SUBSEQUENT CONTROLLING AUTHORITY

Pursuant to D. Del. LR 7.1.2(b), Plaintiff Hyper Search, LLC provides this notice of subsequent authority relating to Defendants' Motion to Dismiss Plaintiff's Complaint (D.I. 9). Attached hereto as Exhibit A is a recent decision by the Federal Circuit in *Aatrix Software, Inc. v. Green Shades Software, Inc.*, No. 2017-1452 (Fed. Cir. Feb. 14, 2018), vacating a district court's grant of a Motion to Dismiss that certain claims were ineligible under 35 U.S.C. § 101 because "[t]he district court granted this Rule 12(b)(6) Motion without claim construction." *Id.* At 6. This decision is particularly relevant because it emphasizes that unresolved questions of fact as to such issues as claim construction at Alice step one, and- separately, at Alice step two, may preclude dismissal under 35 U.S.C. § 101 at the pleading stage. *See* Ex. A.

Dated: February 20, 2018

Respectfully submitted,

/s/Timothy Devlin
Timothy Devlin
Delaware Bar No. 4241
DEVLIN LAW FIRM LLC
1306 N. Broom Street, 1st Floor
Wilmington, DE 19806
Phone: (302) 449-9010
tdevlin@devlinlawfirm.com

Jeffrey G. Toler, *admitted pro hac vice*
Benjamin R. Johnson, *admitted pro hac vice*
Craig S. Jepson, *admitted pro hac vice*
TOLER LAW GROUP, PC
8500 Bluffstone Cove
Suite A201
Austin, TX 78759
(512) 327-5515
jtoler@tlgiplaw.com
bjohnson@tlgiplaw.com
cjepson@tlgiplaw.com

*Attorneys for Plaintiff*
*Hyper Search, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5 on February 20, 2018.

/s/ Timothy Devlin
Timothy Devlin