**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **HYPER SEARCH, LLC,** § | | |
| Plaintiff, § | | Civil Case No. 17-1387-JFB-SRF |
| § | | |
| v. § | | |
| § | | |
| **FACEBOOK, INC.,** § | | **JURY TRIAL DEMANDED** |
| Defendant. § | | |

## NOTICE OF SUBSEQUENT CONTROLLING AUTHORITY

Pursuant to D. Del. LR 7.1.2(b), Plaintiff Hyper Search, LLC provides this notice of subsequent authority from the United States Court of Appeals for the Federal Circuit, *Berkheimer v. HP Inc.*, 2018 U.S. App. LEXIS 3040 (Feb. 8, 2018) (relating to Defendants' Motion to Dismiss Plaintiff's Complaint (D.I. 9).

Dated: June 8, 2018               Respectfully submitted,

/s/Timothy Devlin
Timothy Devlin
Delaware Bar No. 4241
DEVLIN LAW FIRM LLC
1306 N. Broom Street, 1st Floor
Wilmington, DE 19806
Phone: (302) 449-9010
tdevlin@devlinlawfirm.com

Jeffrey G. Toler, *admitted pro hac vice*
Benjamin R. Johnson, *admitted pro hac vice*
Craig S. Jepson, *admitted pro hac vice*
TOLER LAW GROUP, PC
8500 Bluffstone Cove
Suite A201
Austin, TX 78759
(512) 327-5515
jtoler@tlgiplaw.com
bjohnson@tlgiplaw.com
cjepson@tlgiplaw.com

*Attorneys for Plaintiff*
*Hyper Search, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5 on June 8, 2018.

/s/ Timothy Devlin
Timothy Devlin