**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| HYPER SEARCH, LLC,<br>  Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br>  Defendant. | § § § § § § § § § § § | Civil Case No. 17-1387-JFB-SRF<br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to D. Del. LR 7.1.2(b), Plaintiff Hyper Search, LLC provides this notice of supplemental authority from the United States District Court in the Northern District of California, *Hypermedia Navigation LLC v. Facebook, Inc.*, No. 17-cv-05383-HSG, 2018 U.S. Dist. LEXIS 139189 (N.D. Cal. Aug. 16, 2018) (relating to Defendants' Motion to Dismiss Plaintiff's Complaint (D.I. 9)), attached as Exhibit A.

Dated: August 22, 2018    Respectfully submitted,

/s/Timothy Devlin
Timothy Devlin
Delaware Bar No. 4241
DEVLIN LAW FIRM LLC
1306 N. Broom Street, 1st Floor
Wilmington, DE 19806
Phone: (302) 449-9010
tdevlin@devlinlawfirm.com

Jeffrey G. Toler, *admitted pro hac vice*
Benjamin R. Johnson, *admitted pro hac vice*
Craig S. Jepson, *admitted pro hac vice*
TOLER LAW GROUP, PC
8500 Bluffstone Cove
Suite A201
Austin, TX 78759
(512) 327-5515
jtoler@tlgiplaw.com
bjohnson@tlgiplaw.com
cjepson@tlgiplaw.com

*Attorneys for Plaintiff*
*Hyper Search, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5 on August 22, 2018.

/s/ Timothy Devlin
Timothy Devlin