

1306 N. Broom Street, Suite 1
Wilmington, Delaware 19806
United States of America
Tel: 302-449-9010
Fax: 302-353-4251
www.devlinlawfirm.com

January 4, 2019

The Honorable Colm F. Connolly
J. Caleb Boggs Federal Building
844 N. King Street
Unit 31, Room 4124
Wilmington, DE  19801

Re:   *Hyper Search LLC v. Facebook*, C.A. No. 17-cv-1387

Dear Honorable Connolly:

This letter is to notify you that a courtesy copy of all the briefing and declarations associated with the Motion to Dismiss (D.I. 9) which is addressed in the Report and Recommendations (D.I. 21) have been delivered to the Court pursuant to this Court's Standing Order for Objections Filed Under Fed. R. Civ. P. 72.

Very truly yours,

Timothy Devlin